IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEBBIE PINNEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROGRESSIVE NORTHERN )<br>INSURANCE COMPANY and )<br>AMERICAN FAMILY MUTUAL )<br>INSURANCE COMPANY, S.I., )<br>)<br>Defendants. ) | Case No.   4:20-cv-01459-AGF |

**PLAINTIFF DEBBIE PINNEY'S MOTION TO DISMISS DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

COMES NOW Plaintiff Debbie Pinney, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and hereby respectfully moves this Court to dismiss Defendant Progressive Northern Insurance Company from this matter without prejudice.

WHEREFORE, Plaintiff Debbie Pinney prays this Court dismiss Defendant Progressive Northern Insurance Company from this matter without prejudice, and for any other or further relief that this Court deems just and proper.

HEPLERBROOM LLC

By: */s/ Amanda M. Mueller*
GERARD T. NOCE          #27636MO
gtn@heplerbroom.com
AMANDA M. MUELLER   #50385MO
amm@heplerbroom.com
KURT A. HENTZ          #33817MO
kah@heplerbroom.com
211 North Broadway
Suite 2700
St. Louis, MO  63102
314/241-6160
314/241-6116 – Facsimile

1

*Attorneys for Plaintiff Debbie Pinney*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via E-Mail on this 10th day of February, 2021 on the following attorneys of record:

Mr. Daniel E. Wilke
Mr. James A. Wilke
Wilke & Wilke, P.C.
2708 Olive Street
St. Louis, MO 63103
314-371-0800
314-371-0900 FAX
wilke@wilkewilke.net
*Attorneys for Progressive Northern Insurance Co.*

Ms. Ann Marie Piana
P.O. Box 77055
Madison, WI 53707
(314) 542-0015
(866) 292-8815 FAX
apiana@amfam.com
*Attorney for American Family Mutual Insurance Company, S.I.*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Amanda M. Mueller