UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBBIE PINNEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:20-cv-01459-AGF |
| PROGRESSIVE NORTHERN INSURANCE COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

For good cause shown, and no opposition having been timely filed by Defendants,

**IT IS HEREBY ORDERED** that Plaintiff's motion to voluntarily dismiss Defendant Progressive Northern Insurance Company only, without prejudice, is **GRANTED**.   ECF No. 20.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of February, 2021.