# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DEBBIE PINNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:20-cv-01459- |
| | ) | AFG |
| PROGRESSIVE | ) | |
| NORTHERN INSURANCE | ) | |
| COMPANY | ) | |
| and AMERICAN FAMILY | ) | |
| MUTUAL INSURANCE | ) | |
| COMPANY, S.I., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

All matters in controversy between the plaintiff, Debbie Pinney and defendant, American Family Mutual Insurance Company, S. I., hereto having been fully and finally resolved, compromised and settled, it is hereby stipulated and agreed that plaintiff's cause of action as against American Family Mutual Insurance Company, S.I., may be, and the same is hereby dismissed with prejudice to the rights of the plaintiff. Each party to bear their own costs.

SO ORDERED: _____

/s/Gerard T. Noce
Gerard T. Noce, #27636
Amanda M. Mueller, #50385
HEPLER BROOM LLC
211 NORTH BROADWAY, SUITE 2700
SAINT LOUIS, MO 63102
(314) 241-6160
Attorneys for Plaintiff

/s/ Ann Marie Piana
_____
Ann Marie Piana, #35073
P.O. Box 77055
Madison, WI 53707
Bus: (314) 542-0015
Fax: (866) 292-8815
apiana@amfam.com
Attorney for American Family Mutual Insurance Company, S.I.